U.S. Department of Justice
Washington, D.C.

First Redacted
Criminal Docket
Presented in Corpus Christi

| | |
|---|---|
| CORPUS CHRISTI Division | |
| Magistrate No.: C-18-210M | |
| File: SUPERSEDING INDICTMENT | CR. No.: 2:17-CR-735-S |
| Filed: March 14, 2018 | |
| County: Nueces | Judge: NELVA GONZALEZ RAMOS |
| LIONS #: 2017R12749 | |
| | Attorneys: |
| United States of America | RYAN K. PATRICK, U.S. ATTORNEY |
| | JULIE K. HAMPTON, ASST. U.S. ATTORNEY |
| v. | GRAND JURY ACTION     APP'D   RET |

PLEASE INITIAL

1) JAMES RANDALL LEE ROSS
    AKA SILVER
3) MICHAEL LEE CRAIG
    AKA ROOSTER
4) MARK CLAIBORNE PENNINGTON
    AKA SHILOH
7) JIMMY CURTIS MULLENAX, III
    AKA CURT
    AKA MULLENAX
8) KENNETH BRANDENBURH
    AKA K-DOG
10) PEDRO CAMPOS
    AKA PETE
12) JOHNNY HAGENSICK
13) RANDY STASNEY
████████████████████████
16) SUE CAMPBELL
    AKA SUE DUQUE

TRUE BILL: _____

NO BILL: _____

Charge(s):   Ct. 1 (Defendants 1,3,4):  Did knowingly and intentionally conspire while employed by or associated with an enterprise engaged in activities which affect interstate or foreign commerce, and did participate directly or indirectly in conduct of the enterprise's affairs through a pattern of racketeering activity: 18 USC 1962(d).
Ct. 2 (Defendants 1,3):  Did knowingly and intentionally conspire while employed by or associated with an enterprise engaged in activities which affect interstate or foreign commerce, and did participate directly or indirectly in conduct of the enterprise's affairs through a pattern of racketeering activity:

|  |  |
|---|---|
|  | 18 USC 1959(a)(5) and 2. |
|  | Ct. 3 (Defendants 1,3,4,7,8,10,12,13,15,16):   Did knowingly and intentionally conspire to possess with intent to distribute more than 50 grams of methamphetamine: 21 USC 846, 841(a)(1), and 841(b)(1)(A) |
|  | Ct. 4 (Defendant 1): Did knowingly possess a firearm while a convicted felon in and affecting foreign and interstate commerce: 18 USC 922(g)(1) and 924(a)(2). |
|  | Ct. 5 (Defendant 3) : Did knowingly possess a firearm while a convicted felon in and affecting foreign and interstate commerce: 18 USC 922(g)(1) and 924(a)(2). |
| Penalty: | Ct. 1 (Defendants 1,3,4): Not more than life imprisonment without probation, parole, or a suspended sentence, and a fine of not more than $250,000, or both; not more than 5 years SRT; and, a $100 Special Assessment. |
|  | Ct. 2 (Defendants 1,3):   Not more than life imprisonment without probation, parole, or a suspended sentence, and a fine of not more than $250,000, or both; not more than 5 years SRT; and, a $100 Special Assessment. |
|  | Ct. 3 (Defendants 1,3,4,7,8,10,12,13,15,16): Not less than 10 years or more than life imprisonment without probation, parole or suspended sentence, or a fine not to exceed $10 million, or both; at least 5 years SRT; and a $100 Special Assessment. |
|  | Ct. 4 (Def 1):Not more than 10 years imprisonment, or a fine of not more than $250,000, or both; not more than 3 years SRT; and, a $100 Special Assessment |
|  | Ct. 5 (Def 3):Not more than 10 years imprisonment, or a fine of not more than $250,000, or both; not more than 3 years SRT; and, a $100 Special Assessment |
| In Jail: | Defendants 1,3,4,7,8,10,12,16 |
| On Bond: | Defendant 13 |
| No Arrest: | Defendant 15 |